MKH

AO 91 (Rev. 11/11) Criminal Complaint

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

NOV 18 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| TONY JACKSON | ) Case No. 13-2729SAG |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 15, 2013__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Michael Groth
Printed name and title

Sworn to before me and signed in my presence.

Date: Nov. 18, 2013

_____
Judge's signature

City and state: Baltimore, Maryland

Hon. Stephanie A. Gallagher, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Groth, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), having conducted an investigation, am aware of the following facts:

1. I am currently a Special Agent with the Bureau of Alcohol, Tobacco and Firearms and Explosives, United States Department of Justice since 2001. I have received specialized training in the investigation of violations of federal/state firearms laws. In my current capacity I am responsible for the investigation of federal/state firearms violations and the investigation of violent drug and gun trafficking organizations.

2. I make this affidavit in support of a criminal complaint charging the defendant, Tony Jackson, with possession of a firearm by a previously convicted person in violation of 18 U.S.C. § 922(g)(1). The information contained in this affidavit is based on information I have obtained from other law enforcement officers, investigative reports, and other investigation. I have not included all of the information relevant to the investigation in this affidavit but I do not believe that I have omitted any information that would have a tendency to defeat a showing of probable cause.

3. On August 15, 2013, at approximately 5:45 p.m. members of the Baltimore Police Department were operating an unmarked police vehicle in the 600 block of N. Patterson Park Avenue in Baltimore City, Maryland. The officers observed a 1999 Jeep Grand Cherokee traveling with an inoperable brake light. The vehicle made a right turn onto McElderry Street without stopping at a stop sign. After these observations officers activated their emergency equipment to conduct a traffic stop. The vehicle began to flee by accelerating and failing to stop at another stop sign. Once the vehicle reached the 2300 block of E. Federal Street officers observed the defendant, Tony Jackson, jump out of the front passenger seat and begin to run. When the defendant exited the vehicle officers observed him holding a black handgun with both hands. Officers observed the defendant run down an alley and throw the handgun onto a mattress located in the alley. The defendant was stopped and placed under arrest. Recovered from the mattress was a Hi-Point C9 9mm Luger handgun, serial number P176536, loaded with nine 9mm rounds.

5. Your Affiant knows from his training and experience that the above weapon is manufactured outside the state of Maryland and therefore would have traveled in and affected interstate commerce prior to its recovery in this state. An examination of the firearm by the Baltimore Police Department's Firearms Examination Unit determined that the firearm is operable and therefore a "firearm" as defined in federal law, in that it is capable of expelling a projectile by the action of an explosive.

6. A review of the defendant's criminal record indicates that, prior to August 15, 2013, he had been convicted in a court of the state of Maryland of crimes punishable by a term of imprisonment exceeding one year.

7. Based on the foregoing, there is probable cause to believe that the defendant Tony Jackson did commit the crime of possession of a firearm by a previously convicted person.

MKH

_____
Special Agent Michael Groth
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me
This  18 th day of November 2013 at Baltimore, Maryland

_____
Hon. Stephanie A. Gallagher
United States Magistrate Judge
District of Maryland